UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NHELTA KAYREN, ET AL

      Plaintiffs

V.                                          CIVIL ACTION NO.
                                              8:09-cv-02898-DKC

FAIR COLLECTIONS &
OUTSOURCING, INC.

      Defendant.                          FEBRUARY 16, 2010

## STIPULATION FOR DISMISSAL

The Plaintiffs Nhelta Kayren and Donna Whitaker through their attorney Bernard T. Kennedy and the Defendant Fair Collecitons & Outsourcing, Inc. through its attorney Robert M. Gittins stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                  THE PLAINTIFFS

                                                  BY/S/Bernard T. Kennedy
                                                    Bernard T. Kennedy, Esquire
                                                      P.O. Box 657
                                                      Edgewater, MD 21113
                                                      Ph  (443) 607-8901
                                                      Fax (443) 607-8903
                                                      Fed. Bar # Md26843
                                                      bernardtkennedy@yahoo

THE DEFENDANT

BY /S/ Robert S. Gittins  
Robert M. Gittins, Esquire (Bar No. 28240)  
Law Office of William J. Hickey  
33 Wood Lane  
Rockville, MD 20850

CERTIFICATION

I hereby certify on today's date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy